IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )       2:95cr202-MHT
MELVIN STARKS               )           (WO)
```

<u>ORDER</u>

Upon an independent and de novo review of the record, including the recommendation of the Retroactivity Screening Committee, which is adopted, it is ORDERED that defendant Melvin Starks's motion for reduction of sentence (doc. 1324) is denied.

The United States Sentencing Commission's retroactive amendment to the federal sentencing guidelines applicable to criminal cases involving cocaine base or crack cocaine does not apply to Starks's guideline sentence because it was not based on any crime involving cocaine base or

crack cocaine. Starks is ineligible under the retroactive amendment because he was held accountable only for cocaine hydrochloride.

DONE, this the 23rd day of September, 2008.

                                /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE